# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Chapter 7

JAMES E. DIDIO,                                Case No. 18-12499-elf
        Debtor.

MARLA GREEN,                                   Adversary No 18-00161
        Plaintiff,
    v.
JAMES DiDIO,
        Defendant.

## PLAINTIFF LIST OF EXHIBITS IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

EXH A- Loan Application 03/26/2012 U

EXH B- Loan Application 11/12/2012

EXH C- Personal Financial Statement 12/15/2013

EXH D- Personal Financial Statement 11/27/2013

EXH E- Personal Financial Statement 03/01/2014

EXH F- Philadelphia Civil Complaint March 2016

EXH G- Loan Application 03/26/2012

EXH H- Loan Application 01/28/2013

EXH I- 2012 Taxes

EXH J- 2013 Taxes

EXH K- K-1 2012

EXH L- Aircraft Sales Exhibit

EXH M- DiDio Deposition Transcript 6/29/16

EXH N- DiDio Deposition Transcript 7/1/17