*HUDSON $1.5 MM*

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.
If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below).

Borrower _____ Co-Borrower _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other: | ☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | | Lender Case Number | |
|---|---|---|---|---|---|---|
| Amount $1,500,000.00 | Interest Rate 3.750 % | No. of Months 360/360 | Amortization Type: | ☐ Fixed Rate  ☐ GPM | ☐ Other (explain): ☒ ARM (type): | 5/1 ARM |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & zip) | No. of Units |
|---|---|
| 1320 MONK ROAD, GLADWYNE, PA 19035   COUNTY: MONTGOMERY | 1 |
| Legal Description of Subject Property (attach description if necessary) SFR | Year Built |

| Purpose of Loan | ☐ Purchase  ☒ Refinance | ☐ Construction  ☐ Construction-Permanent | ☐ Other (explain): | Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment |
|---|---|---|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |
|---|---|---|---|---|---|

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 2005 | $ 4,350,000.00 | $ 144,728.00 | CASH-OUT/OTHER | Cost: $ |

| Title will be held in what Name(s) JAMES DIDIO MARLA GREEN | Manner in which Title will be held JOINT TENANTS | Estate will be held in: ☒ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
EQUITY FROM SUBJECT PROPERTY

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) JAMES DIDIO | Co-Borrower's Name (include Jr. or Sr. if applicable) MARLA J GREEN |
| Social Security Number ███1553 | Home Phone (610) 658-0202 | DOB 1954 | Yrs. School | Social Security Number ███4435 | Home Phone (610) 658-0202 | DOB 1959 | Yrs. School |
| ☒ Married  ☐ Separated  ☐ Unmarried | Dependents no. 1 ages 1 | ☒ Married  ☐ Separated  ☐ Unmarried | Dependents no. 1 ages 1 |
| Present Address ☒ Own ☐ Rent No. Yrs. 5 1320 MONK ROAD, GLADWYNE, PA 19035 | Present Address ☒ Own ☐ Rent No. Yrs. 5 1320 MONK ROAD, GLADWYNE, PA 19035 |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:

| Former Address ☐ Own ☐ Rent No. Yrs. | Former Address ☐ Own ☐ Rent No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Name and Address of Employer ☒ Self Employed RADNOR TRUST COMPANY 150 RADNOR CHESTER ROAD WAYNE, PA 19087 | Yrs. on this job 4 Yrs. employed in this line of work/profession 20 | Name and Address of Employer ☒ Self Employed RADNOR TRUST COMPANY 150 RADNOR CHESTER ROAD WAYNE, PA 19087 | Yrs. on this job 4 Yrs. employed in this line of work/profession 20 |
| Position/Title/Type of Business OWNER | Business Phone (610) 687-2700 | Position/Title/Type of Business OWNER | Business Phone (610) 687-2700 |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name and Address of Employer ☐ Self Employed | Dates (from – to) | Name and Address of Employer ☐ Self Employed | Dates (from – to) |
|---|---|---|---|
| $ | Monthly Income | $ | Monthly Income |
| Position/Title/Type of Business | Business Phone | Position/Title/Type of Business | Business Phone |

| Name and Address of Employer ☐ Self Employed | Dates (from – to) | Name and Address of Employer ☐ Self Employed | Dates (from – to) |
|---|---|---|---|
| $ | Monthly Income | $ | Monthly Income |
| Position/Title/Type of Business | Business Phone | Position/Title/Type of Business | Business Phone |

LOAN NUMBER 2012030817

Uniform Residential Loan Application
Freddie Mac Form 65 7/05 (rev.6/09)    Page 1 of 4    Fannie Mae Form 1003 7/05 (rev.6/09)

LH 0007907

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 31,250.00 | $ 31,250.00 | $ 62,500.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 293.00 | $ 6,946.73 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 2,166.00 | 2,166.00 |
| Dividends/Interest | | | | Real Estate Taxes | 5,416.00 | 5,416.00 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "Describe Other Income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ 31,250.00 | $ 31,250.00 | $ 62,500.00 | Total | $ 7,875.00 | $ 14,528.73 |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income** Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☒ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets... LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | | |
| | | Name and address of Company HUDSON CITY SAVINGS BA WEST 80 CENTURY ROAD PARAMUS, NJ 07652 7507 BAYSHORE DR, MARGATE CITY, NJ 08402 | $ Payment/Months (6,097.00) / 122 | $ 747,686.00 |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union PARKE BANK | | | | |
| | | Acct. no. | | |
| Acct. no. | $ 1,000,000.00 | Name and address of Company NEXTIER POB 250 EVANS CITY, PA 6033 130 MERRY DELL ROAD, SOUTHAMPTON, PA 18966 | $ Payment/Months (1,574.00) / 229 | 360,724.00 |
| Name and address of Bank, S&L, or Credit Union BANK OF NY MELLON | | | | |
| | | Acct. no. | | |
| Acct. no. | $ 4,405,820.20 | Name and address of Company REPUBLIC FIRST BANK 1320 MONK RD, WAYNE, PA 19087 | $ Payment/Months * (265.00) / 546 | 144,728.00 |
| Name and address of Bank, S&L, or Credit Union UVEST | | | | |
| | | Acct. no. | | |
| Acct. no. | $ 695,491.56 | Name and address of Company CHASE AUTO PO BOX 6210 NEW HYDE PARK, NY 1042 INSTALLMENT LOAN | $ Payment/Months 1,162.00 / 24 | 27,891.00 |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company AMEX PO BOX 297871 FORT LAUDERDALE, FL 33329 REVOLVING CHARGE | $ Payment/Months 536.00 / (R) | 26,783.00 |
| Stocks & Bonds (Company name / number & description) | $ | | | |
| | | Acct. no. | | |
| Life insurance net cash value Face amount: $ | $ | Name and address of Company CHASE AUTO PO BOX 5210 NEW HYDE PARK, NY 1042 INSTALLMENT LOAN | $ Payment/Months 875.00 / 17 | 14,877.00 |
| Subtotal Liquid Assets | $ 6,101,311.76 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 7,450,000.00 | Acct. no. | | |
| Vested interest in retirement fund | $ | Name and address of Company CHASE 800 BROOKSEDGE BLVD WESTERVILLE, OH 43081 REVOLVING CHARGE | $ Payment/Months 84.00 / (R) | 8,492.00 |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 3,099.00 | |
| Total Assets a. | $ 13,551,311.76 | Net Worth (a-b) $ 12,193,257.76 | Total Liabilities b. | $ 4,358,054.00 |

LOAN NUMBER 2012030817

## VI. ASSETS AND LIABILITIES (cont.)

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 1320 MONK RD WAYNE, PA 19087 | SFR | $ 5,000,000.00 | $ 144,570.00 | $ | $ 293.00 | $ 7,582.00 | $ |
| 7507 BAYSHORE DR MARGATE CITY, NJ 08402 | SFR | 2,450,000.00 | 747,686.00 | | 6,097.00 | | |
| 130 MERRY DELL ROAD SOUTHAMPTON, PA 18966 | | | 359,937.25 | | 1,574.72 | 809.25 | |
| Totals | | $ 7,450,000.00 | $ 1,252,193.25 | $ | $ 7,964.72 | $ 8,391.25 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

Alternate Name     Creditor Name     Account Number

## VII. DETAILS OF TRANSACTION

| | $ |
|---|---|
| a. Purchase price | |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 144,728.00 |
| e. Estimated prepaid items | 2,343.75 |
| f. Estimated closing costs | 7,881.25 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if borrower will pay) | |
| i. Total costs (add items a through h) | 154,953.00 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 1,500,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 1,500,000.00 |
| p. Cash TO Borrower (subtract j, k, l & o from i) | 1,345,047.00 |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation

| | Borrower Yes/No | Co-Borrower Yes/No |
|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ ☒ | ☐ ☒ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ ☒ | ☐ ☒ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☒ | ☐ ☒ |
| d. Are you a party to a lawsuit? | ☐ ☒ | ☐ ☒ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ ☒ | ☐ ☒ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ ☒ | ☐ ☒ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☒ | ☐ ☒ |
| h. Is any part of the down payment borrowed? | ☐ ☒ | ☐ ☒ |
| i. Are you a co-maker or endorser on a note? | ☐ ☒ | ☐ ☒ |
| j. Are you a U.S. citizen? | ☒ ☐ | ☒ ☐ |
| k. Are you a permanent resident alien? | ☐ ☒ | ☐ ☒ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete the question m below. | ☒ ☐ | ☒ ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☒ ☐ | ☒ ☐ |
| (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | PR |
| (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | S |

(handwritten margin note: "paid off first 7 sep.")

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors, and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature X | Date | Co-Borrower's Signature X | Date |
|---|---|---|---|

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosure satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | | | CO-BORROWER | ☐ I do not wish to furnish this information | | |
|---|---|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☒ Not Hispanic or Latino | | Ethnicity: | ☐ Hispanic or Latino | ☒ Not Hispanic or Latino | |
| Race: | ☐ American Indian or Alaskan Native | ☐ Asian | ☐ Black or African American | Race: | ☐ American Indian or Alaskan Native | ☐ Asian | ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☒ White | | | ☐ Native Hawaiian or Other Pacific Islander | ☒ White | |
| Sex: | ☐ Female | ☒ Male | | Sex: | ☒ Female | ☐ Male | |

| To be Completed by Loan Originator: This information was provided: | ☐ In a face-to-face interview | ☐ By the applicant and submitted by fax or mail |
|---|---|---|
| | ☒ In a telephone interview | ☐ By the applicant and submitted via e-mail or the internet |

| Loan Originator's Signature X | Date 3/26/2012 |
|---|---|

| Loan Originator's Name (print or type) MICHAEL J SANTOSUSSO | Loan Originator Identifier 697020 | Loan Originator's Phone Number (including area code) (267) 464-7000 |
|---|---|---|
| Loan Origination Company's Name VANTAGE POINT BANK | Loan Origination Company Identifier 456863 | Loan Origination Company's Address 1250 VIRGINIA DRIVE, SUITE 175 FORT WASHINGTON, PA 19034 |

Uniform Residential Loan Application
Freddie Mac Form 65 7/05 (rev.6/09)

LOAN NUMBER 2012030817

Page 3 of 4

Fannie Mae Form 1003 7/05 (rev.6/09)

LH 0007909

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower | Borrower: JAMES DIDIO | | Agency Case Number: |
| --- | --- | --- | --- |
| | Co-Borrower: MARLA J GREEN | | Lender Case Number: |

### VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
| --- | --- | --- | --- | --- |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329<br>REVOLVING CHARGE | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | 139.00 / (R) | 6,969.00 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE, PA 8773<br>INSTALLMENT LOAN | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | 51.00 / 119 | 6,087.00 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>CHASE<br>REVOLVING CHARGE | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. 540168301397 | 125.00 / (R) | 3,526.00 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE, PA 8773<br>INSTALLMENT LOAN | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | 50.00 / 68 | 3,446.00 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>BRCLYSBANKDE<br>PO BOX 26162<br>WILMINGTON, DE 19899<br>REVOLVING CHARGE | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | 77.00 / (R) | 3,411.00 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>LVNV FUNDING<br>P.O. B 10584<br>GREENVILLE, SC 9603 | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | / | 815.00 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>ARS ACCOUNT RESOLUTION | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | / | 709.00 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>NTL CRDT SYS<br>11 E 36 STREET 10TH FLOOR<br>NEW YORK, NY 0016 | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | / | 449.00 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>AFNI<br>POB3427<br>BLOOMINGTON, IL 1702 | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | / | 413.00 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>CAPITAL COLLECTION SVC<br>RT 73 P O BOX 150<br>WEST BERLIN, NJ 08091 | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | / | 336.00 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
| --- | --- | --- | --- |
| X | | X | |

Uniform Residential Loan Application  
Freddie Mac Form 65   7/05 (rev.6/09)

LOAN NUMBER2012030817

Page 4 of 4

Fannie Mae Form 1003   7/05 (rev.6/09)

LH 0007910

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower | Borrower: JAMES DIDIO | | Agency Case Number: |
| --- | --- | --- | --- |
| | Co-Borrower: MARLA J GREEN | | Lender Case Number: |

### VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
| --- | --- | --- | --- | --- |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company ACS INC PO BOX 41819 PHILADELPHIA, PA 9101 | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. ███ | / | 272.00 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company HSBC/BERGD REVOLVING CHARGE | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. ███ | / (R) | 236.00 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company VERIZON PEN INSTALLMENT LOAN | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. ███ | / | 204.00 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. No. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
| --- | --- | --- | --- |
| X | | X | |

Uniform Residential Loan Application  
Freddie Mac Form 65   7/05 (rev.6/09)

LOAN NUMBER 2012030817

Page 4 of 4

Fannie Mae Form 1003   7/05 (rev.6/09)

LH 0007911

| Continuation Sheet/Residential Loan Application | | |
|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: JAMES DIDIO | Agency Case Number: |
| | Co-Borrower: MARLA J GREEN | Lender Case Number: |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

Uniform Residential Loan Application
Freddie Mac Form 65 7/05 (rev.6/09)

LOAN NUMBER 2012030817
Page 4 of 4

Fannie Mae Form 1003 7/05 (rev.6/09)

LH 0007912

## Notice to Home Loan Applicant

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit

LH 0007913