

# PERSONAL FINANCIAL STATEMENT

M&T Bank
P.O. Box 787 Buffalo, NY 14240-0767

This is: ☐ An individual statement.  ☒ A joint statement. All assets and liabilities listed in this statement are joint unless otherwise indicated.

Person 1: James DiDio — 1211 Mirabeau Lane  Gladwyne PA 19035 — (215) 651 – 5111
Person 2: Maria Green DiDio — — (215) 520 – 9906
Business or Occupation: Financial Services (Person 1) — Founder of Foundation (Person 2)

TO (check only relevant boxes): ☒ M&T Bank  ☐ M&T Real Estate, Inc.  ☐ M&T Bank, N.A.  ☐ M&T Credit Corporation  ☐ Highland Lease Corporation

Each of the entities marked for inclusion above shall individually and collectively be referred to herein as "M&T".

**Authorization.** I authorize M&T to request and review all data you deem appropriate about me, including credit reports from agencies, now and for all future reviews, extensions, or renewals of credit extended to me or others or for collection of loans. Upon request you will tell me if a credit report was requested, and, if so the name and address of the credit reporting agency furnishing the credit report. To request the information, I should call or write your office to which I am submitting this application.

**Ownership of Assets.** I am sole owner of all assets listed in this statement. Except as disclosed in this statement, no one else has any interest in or claim on these assets, and none of the assets listed have been assigned, pledged or mortgaged.

**Certification and Reliance.** I certify that the information herein is complete and true as of the date opposite my signature, or as of ___/___/___. I understand that M&T and its affiliates may rely upon this information from time to time in extending credit to me or others and may continue to so rely until (i) I notify M&T in writing of any material adverse change in such information; or(ii) M&T is provided with new financial statements. I will promptly notify M&T in writing of any material adverse change in (i) any information contained herein or a financial statement supplied to M&T in the future; or (ii) my financial condition.

**All Amounts Due.** If I owe M&T or any of its affiliates any debt, they have the right to call for immediate payment of that debt if (i) I become insolvent, bankrupt or incompetent or die or go out of business; (ii) anything contained in this financial statement is false; (iii) I break any written promise I make to M&T or its affiliates; or (iv) a change occurs that M&T reasonably believes may materially affect my ability to pay any such debt.

BY SIGNING BELOW, I (any principal or guarantor) EXPRESSLY PERMIT M&T TO SHARE WITH ITS AFFILIATES ANY AND ALL OF MY PERSONAL FINANCIAL INFORMATION OBTAINED IN CONNECTION WITH THIS TRANSACTION, INCLUDING ANY INDIVIDUAL CONSUMER CREDIT REPORT OBTAINED NOW OR IN THE FUTURE. I UNDERSTAND THAT I AM NOT REQUIRED TO AUTHORIZE THE SHARING OF SUCH INFORMATION IN ORDER TO OBTAIN CREDIT OR OTHERWISE TRANSACT BUSINESS WITH M&T.

Person 1's Signature: [signed]   Date: 12-15-13
Person 2's Signature: [signed]   Date: 12-15-13

☐ Notwithstanding any provision to the contrary above, I do not authorize M&T to share my personal information with its affiliates, other than information M&T may share as otherwise provided by law.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in Banks (Schedule 1) | $ 500000 | Notes Payable to Banks (Schedule 5) | $ |
| Cash Value of Life Insurance (Schedule 2) | 5000000 | Loans on Cash Value of Life Ins. (Schedule 2) | |
| Stocks and Bonds – at market (Schedule 3) | 5900000 | Notes Payable to Others (Schedule 5) | |
| Real Estate – at market (Schedule 4) | 17000000 | Mortgages Payable (Schedule 4) | 5290000 |
| Autos and Trucks | 175000 | Charge Accounts and Bills Payable (Schedule 6) | 100000 |
| Accounts or Notes Receivable | 2000000 | Other Liabilities (Itemize) | |
| Other Assets (Itemize) | | | 150000 |
| | 6500000 | | |
| | 700000 | | |
| | 3800000 | | |
| | | Total Liabilities | 5540000 |
| | | Net Worth (Total Assets Minus Total Liabilities) | 36035000 |
| Total Assets | $ 41575000 | Total Liabilities and Net Worth | $ 41575000 |

| INCOME INFORMATION | | | PERSONAL INFORMATION | | |
|---|---|---|---|---|---|
| | Person 1 | Person 2 | | Person 1 | Person 2 |
| Gross Salary – Annual | $ 125000 | $ | Date of Birth | ███ 1954 | ███ 1959 |
| Bonus | | | Social Security Number | ███ 1553 | ███ 4435 |
| Rental Income | | | Are you a U.S. Citizen? | ☒ Yes ☐ No | ☒ Yes ☐ No |
| Dividend or Investment Income | 48000 | 850000 | Have you ever been bankrupt? | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Other income (income from alimony, child support or separate maintenance need not be revealed if you do not choose to rely upon such income in applying for credit.) | | | Are you a defendant in any legal action? | ☐ Yes ☒ No | ☐ Yes ☒ No |
| | | | Do you endorse, guaranty, or co-sign any loan not listed above? (Schedule 7) | ☐ Yes ☒ No | ☐ Yes ☒ No |
| | | | Are you under indictment, on probation or parole or ever been charged or convicted for a criminal offense? | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Total Income | $ 173000 | $ 850000 | Are any of your taxes past due? | ☐ Yes ☒ No | ☐ Yes ☒ No |

COMPLETE INFORMATION ON BACK WHERE APPLICABLE

CRB-002 (2/04) w

LH 0036171

ATTACH ADDITIONAL SCHEDULES IF NECESSARY

### Schedule 1 — CASH ON HAND & IN BANKS

| Name of Bank | Type of Account | Maturity (if any) | Assigned to (if any) | Amount |
|---|---|---|---|---|
| Parke Bank | Money Market | | | 500000 |
| | | | | |
| | | | | TOTAL $ 500000 |

### Schedule 2 — CASH VALUE OF LIFE INSURANCE

| Face Amount | Name of Insurance Co. | Beneficiary | Loans on Cash Value of Life Insurance | Assigned to (if any) | Cash Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | TOTAL $ 0 |

### Schedule 3 — STOCKS & BONDS

| No. of Shares | Description | Owner(s) of Record | Assigned to (if any) | Market Value |
|---|---|---|---|---|
| | INVEST | Maria Green DiDio | WSFS | 300000 |
| | INVEST | Maria Green DiDio | | 350000 |
| | BNY | Maria Green DiDio | | 5250000 |
| | | | | TOTAL $ 5900000 |

### Schedule 4 — REAL ESTATE

| Location and Property Use | Owner(s) of Record | Year Acquired | Cost | Mortgage Balance | Held By | Monthly Payment | Market Value |
|---|---|---|---|---|---|---|---|
| 1211 Mirabeau Ln Gladwyne | James & Maria DiDio | 2013 | 3800000 | 1900000 | Hudson | 10000 | 10000000 |
| 1320 Monk Rd Gladwyne | James & Maria DiDio | 2005 | 4350000 | 2400000 | Hudson/Bankc | 8000 | 4500000 |
| N507 Bayshore Margate NJ | James & Maria DiDio | 2007 | 2900000 | 990000 | Hudson | 6500 | 2500000 |
| | | | TOTAL $ 5290000 | | | | 17000000 |

### Schedule 5 — NOTES PAYABLE TO BANKS & OTHERS

| Name of Creditor | Type of Note | Mo. Payment | Maturity | Secured by | Endorsed or Guaranteed by | Present Balance |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | TOTAL $ 0 |

### Schedule 6 — CHARGE ACCOUNTS & BILLS PAYABLE (list only amounts over $500)

| Owed to | Type of Account | Monthly Payment | Secured by | Present Balance |
|---|---|---|---|---|
| American Express | revolving | 0 | | 70000 |
| Neiman Marcus | revolving | | | 20000 |
| Chase | revolving | | | 10000 |
| | | | TOTAL $ | 100000 |

### Schedule 7 — LOANS ENDORSED, GUARANTEED OR CO-SIGNED

| Name of Borrower | Type of Loan | How Obligated (Endorser, Guarantor or Co-Signer) | Note Receivable | Secured by | Present Balance |
|---|---|---|---|---|---|
| Peak Performance V | Promissory Note | | | PPV | 2000000 |
| | | | | | |
| | | | | TOTAL $ | 2000000 |

CRB-002 (2/04) w

LH 0036172