# PERSONAL FINANCIAL STATEMENT

M&T Bank
P.O. Box 767 Buffalo, NY 14240-0767

This is: ☐ An individual statement. ☒ A joint statement. All assets and liabilities listed in this statement are joint unless otherwise indicated.

Person 1: **James DiDio**  Address: 1211 Mirabeau Lane Gladwyne PA 19035  Phone: (215) 651 - 5111
Person 2: **Marla Green DiDio**  Address:  Phone: (215) 520 - 9006
Business or Occupation: Financial Services  Person 1: Founder of Foundation  Person 2:

☐ (check only relevant boxes): ☒ M&T Bank  ☐ M&T Real Estate, Inc.  ☐ M&T Bank, N.A.
                              ☐ M&T Credit Corporation  ☐ Highland Lease Corporation

Each of the entities marked for inclusion above shall individually and collectively be referred to herein as "M&T".

Authorization. I authorize M&T to request and review all data you deem appropriate about me, including credit reports from agencies, now and for all future reviews, extensions, or renewals of credit extended to me or others or for collection of loans. Upon request you will tell me if a credit report was requested, and, if so, the name and address of the credit reporting agency furnishing the credit report. To request the information, I should call or write your office to which I am submitting this application.

Ownership of Assets. I am sole owner of all assets listed in this statement. Except as disclosed in this statement, no one else has any interest in or claim on these assets, and none of the assets listed has been assigned, pledged or mortgaged.

Certification and Reliance. I certify that the information herein is complete and true as of the date opposite my signature, or as of _____. I understand that M&T and its affiliates may rely upon this information from time to time in extending credit to me or others and may continue to rely until (i) I notify M&T in writing of any material adverse change in such information, or(ii) M&T is provided with new financial statements. I will promptly notify M&T in writing of any material adverse change in (i) any information contained herein or a financial statement supplied to M&T in the future, or (ii) my financial condition.

All Amounts Due. If I owe M&T or any of its affiliates any debt, they have the right to call for immediate payment of that debt if (i) I become insolvent, bankrupt or incompetent or die or go out of business, (ii) anything contained in this financial statement is false, (iii) I break any written promise I make to M&T or its affiliates, or (iv) a change ensues that M&T reasonably believes may materially affect my ability to pay any such debt.

BY SIGNING BELOW I (any person or corporation) EXPRESSLY PERMIT M&T TO SHARE WITH ITS AFFILIATES ANY AND ALL OF MY PERSONAL FINANCIAL INFORMATION OBTAINED IN CONNECTION WITH THIS TRANSACTION, INCLUDING AN INDIVIDUAL CONSUMER CREDIT REPORT OBTAINED NOW OR IN THE FUTURE. I UNDERSTAND THAT I AM NOT REQUIRED TO AUTHORIZE THE SHARING OF THIS INFORMATION IN ORDER TO OBTAIN CREDIT OR OTHERWISE TRANSACT BUSINESS WITH M&T.

Person 1's Signature: [signature]  Date: 3-1-, 20 14
Person 2's Signature: [signature] Marla DiDio  Date: 3-1, 20 14

☐ Notwithstanding any provision to the contrary above, I do not authorize M&T to share my personal information with its affiliates, other than information M&T may share as otherwise provided by law.

## ASSETS

| | Person 1 | Person 2 |
|---|---|---|
| Cash on hand and in Banks (Schedule 1) | $ | $ 500000 |
| Cash Value of Life Insurance (Schedule 2) | | 500000 |
| Stocks and Bonds – at market (Schedule 3) | | 5000000 |
| Real Estate – at market (Schedule 4) | | 17000000 |
| Dividend or Investment Income | | 175000 |
| Autos and Trucks | | 2000000 |
| Accounts or Notes Receivable | | |
| Other Assets (itemize) | | 6500000 |
| | | 700000 |
| | | 3500000 |
| Total Assets | $ | $ 41575000 |

## LIABILITIES

| | $ |
|---|---|
| Notes Payable to Banks (Schedule 5) | |
| Loans on Cash Value of Life Ins. (Schedule 2) | |
| Notes Payable to Others (Schedule 5) | 6290000 |
| Mortgages Payable (Schedule 4) | 100000 |
| Charge Accounts and Bills Payable (Schedule 6) | |
| Other Liabilities (itemize) | 150000 |
| | |
| Total Liabilities | 6540000 |
| Net Worth (Total Assets Minus Total Liabilities) | 35035000 |
| Total Liabilities and Net Worth | $ 41575000 |

## INCOME INFORMATION

| | Person 1 | Person 2 |
|---|---|---|
| Gross Salary – Annual | $ 125000 | $ |
| Bonus | | |
| Rental Income | | |
| Dividend or Investment Income | 48000 | 850000 |
| Other Income (income from alimony, child support or separate maintenance need not be revealed if you do not choose to rely upon such income in applying for credit). | | |
| Total Income | $ 173000 | $ 850000 |

## PERSONAL INFORMATION

| | Person 1 | Person 2 |
|---|---|---|
| Date of Birth | 1954 | 1959 |
| Social Security Number | ###-##-1553 | ###-##-4435 |
| Are you a U.S. Citizen? | ☒ Yes ☐ No | ☒ Yes ☐ No |
| Have you ever been bankrupt? | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Are you a defendant in any legal action? | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Do you endorse, guaranty, or co-sign any loan not listed above? (Schedule 7) | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Are you under indictment, on probation or parole or ever been charged or convicted for a criminal offense? | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Are any of your taxes past due? | ☐ Yes ☒ No | ☐ Yes ☒ No |

COMPLETE INFORMATION ON BACK WHERE APPLICABLE

CRB-002 (2/04) v

LH 0036177

This is: ☐ An individual statement. ☒ A joint statement. All assets and liabilities listed in this statement are joint unless otherwise indicated.

Person 1: **James DiDio**  Address: 1211 Mirabeau Lane  Gladwyne PA 19035    Phone: (215) 651 – 5111

Person 2: **Marla Green DiDio**    Phone: (215) 520 – 9906

Business or Occupation: Financial Services (Person 1)    Founder of Foundation (Person 2)

TO (check only relevant boxes): ☒ M&T Bank  ☐ M&T Real Estate, Inc.  ☐ M&T Bank, N.A.
☐ M&T Credit Corporation  ☐ Highland Lease Corporation

Each of the entities marked for inclusion above shall individually and collectively be referred to herein as "M&T".

Authorization. I authorize M&T to request and review all data you deem appropriate about me, including credit reports from agencies, now and for all future reviews, extensions, or renewals of credit extended to me or others or for collection of loans. Upon request you will tell me if a credit report was requested, and, if so the name and address of the credit reporting agency furnishing the credit report. To request the information, I should call or write your office to which I am submitting this application.

Ownership of Assets. I am sole owner of all assets listed in this statement. Except as disclosed in this statement, no one else has any interest in or claim on these assets, and none of the assets listed has been assigned, pledged or mortgaged.

Certification and Reliance. I certify that the information herein is complete and true as of the date opposite my signature, or as of _____. I understand that M&T and its affiliates may rely upon this information from time to time in extending credit to me or others and may continue to so rely until (i) I notify M&T in writing of any material adverse change in such information; or (ii) M&T is provided with new financial statements. I will promptly notify M&T in writing of any material adverse change in (i) any information contained herein or a financial statement supplied to M&T in the future; or (ii) my financial condition.

All Amounts Due. If I owe M&T or any of its affiliates any debt, they have the right to call for immediate payment of that debt if (i) I become insolvent, bankrupt or incompetent or die or go out of business; (ii) anything contained in this financial statement is false; (iii) I break any written promise I make to M&T or its affiliates; or (iv) a change occurs that M&T reasonably believes may materially affect my ability to pay any such debt.

BY SIGNING BELOW, I (any principal or guarantor) EXPRESSLY PERMIT M&T TO SHARE WITH ITS AFFILIATES ANY AND ALL OF MY PERSONAL FINANCIAL INFORMATION OBTAINED IN CONNECTION WITH THIS TRANSACTION, INCLUDING ANY INDIVIDUAL CONSUMER CREDIT REPORT OBTAINED NOW OR IN THE FUTURE. I UNDERSTAND THAT I AM NOT REQUIRED TO AUTHORIZE THE SHARING OF SUCH INFORMATION IN ORDER TO OBTAIN CREDIT OR OTHERWISE TRANSACT BUSINESS WITH M&T.

Person 1's Signature _____  Date: _____ 20 ___

Person 2's Signature *M.G. Green DiDio*  Date: _____ 20 ___

☐ Notwithstanding any provision to the contrary above, I do not authorize M&T to share my personal information with its affiliates, other than information M&T may share as otherwise provided by law.

| ASSETS | Person 1 | Person 2 | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in Banks (Schedule 1) | $ 500000 | | Notes Payable to Banks (Schedule 5) | $ | |
| Cash Value of Life Insurance (Schedule 2) | 5000000 | | Loans on Cash Value of Life Ins. (Schedule 2) | | |
| Stocks and Bonds – at market (Schedule 3) | 5900000 | | Notes Payable to Others (Schedule 5) | | |
| Real Estate – at market (Schedule 4) | 17000000 | | Mortgages Payable (Schedule 4) | 6290000 | |
| Autos and Trucks | 175000 | | Charge Accounts and Bills Payable (Schedule 6) | 100000 | |
| Accounts or Notes Receivable | 2000000 | | Other Liabilities (Itemize) | | |
| Other Assets (Itemize) | 6500000 | | | 150000 | |
| | 700000 | | | | |
| | 3800000 | | Total Liabilities | 55400000 | |
| | | | Net Worth (Total Assets Minus Total Liabilities) | 360350000 | |
| Total Assets | $ 41575000 | | Total Liabilities and Net Worth | $ 415750000 | |

| INCOME INFORMATION | | | PERSONAL INFORMATION | | |
|---|---|---|---|---|---|
| | Person 1 | Person 2 | | Person 1 | Person 2 |
| Gross Salary – Annual | $ 125000 | $ | Date of Birth | 1954 | 1959 |
| Bonus | | | Social Security Number | 1553 | 4435 |
| Rental Income | | | Are you a U.S. Citizen? | ☒ Yes ☐ No | ☒ Yes ☐ No |
| Dividend or Investment Income | 48000 | 850000 | Have you ever been bankrupt? | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Other Income (income from alimony, child support or separate maintenance need not be revealed if you do not choose to rely upon such income in applying for credit.) | | | Are you a defendant in any legal action? | ☐ Yes ☒ No | ☐ Yes ☒ No |
| | | | Do you endorse, guaranty, or co-sign any loan not listed above? (Schedule 7) | ☐ Yes ☒ No | ☐ Yes ☒ No |
| | | | Are you under indictment, on probation or parole or ever been charged or convicted for a criminal offense? | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Total Income | $ 173000 | $ 850000 | Are any of your taxes past due? | ☐ Yes ☒ No | ☐ Yes ☒ No |

COMPLETE INFORMATION ON BACK WHERE APPLICABLE

CRS-002 (2/04) w

LH 0036178