LH 0036276

# Uniform Residential Loan Application

8155432

Borrower / Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

Mortgage Applied for: ☐ VA ☒ Conventional ☐ Other (explain): ☐ FHA ☐ USDA/Rural Housing Service

| Amount | Interest Rate | No. of Months | Amortization Type |
|---|---|---|---|
| 1,500,000.00 | 3.750 | 360 | ☐ Fixed Rate ☐ GPM ☐ Other (explain): 5/1 ARM ☒ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state & ZIP): 1320 MONK ROAD, GLADWYNE, PENNSYLVANIA 19035

No. of Units: 1

Legal Description of Subject Property (attach description if necessary): SFR

Purpose of Loan: ☐ Purchase ☐ Construction ☐ Other (explain): ☒ Refinance ☐ Construction-Permanent

Property will be: ☒ Primary Residence ☐ Secondary Residence ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 2005 | $4,350,000.00 | $144,728.00 | Cash Out Other | Cost: $ |

Title will be held in what Name(s): JAMES DIDIO, MARLA J GREEN

Manner in which Title will be held: Joint tenants

Estate will be held in: ☒ Fee Simple ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name | JAMES DIDIO | MARLA J GREEN |
| Social Security Number | [redacted]1553 | [redacted]4935 |
| Home Phone | (610)658-0202 | (610)658-0202 |
| DOB | [redacted]1954 | [redacted]1959 |
| Marital status | ☒ Married ☐ Unmarried ☐ Separated | ☒ Married ☐ Unmarried ☐ Separated |
| Dependents | no. 1, ages 1 | no. 1, ages 1 |
| Present Address | 1320 Monk Road, Gladwyne, Pa 19035 ☒ Own ☐ Rent 5 No. Yrs. | 1320 Monk Road, Gladwyne, Pa 19035 ☒ Own ☐ Rent 5 No. Yrs. |
| Mailing Address, if different from Present Address | | |

If residing at present address for less than two years, complete the following:

Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs.

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | ☒ Self Employed — Radnor Trust Company, 150 Radnor Chester Road, Wayne, Pa 19087 | ☒ Self Employed — Radnor Trust Company, 150 Radnor Chester Road, Wayne, PA 19087 |
| Yrs. on this job | 4 yrs | 4 yrs |
| Yrs. employed in this line of work/profession | 20 | 20 |
| Position/Title/Type of Business | Owner | Owner |
| Business Phone | (610)687-2700 | (610)687-2700 |

Fannie Mae Form 1003 6/09 Freddie Mac Form 65 6/09 Borrower: [signature] Page 1 Co-Borrower: [signature]

Created with PDF professional

LH 0036277

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

## IV. EMPLOYMENT INFORMATION (cont'd)

| Borrower | | | Co-Borrower | | |
|---|---|---|---|---|---|
| Name & Address of Employer | ☐ Self Employed | Dates (from - to) | Name & Address of Employer | ☐ Self Employed | Dates (from - to) |
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from - to) | Name & Address of Employer | ☐ Self Employed | Dates (from - to) |
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 31,250.00 | $ 31,250.00 | $ 62,500.00 | Rent | $ | [illegible] |
| Overtime | | | | First Mortgage (P&I) | 299.00 | $ 6,946.73 |
| Bonuses | | | | Other Financing (P&I) | | 0.00 |
| Commissions | | | | Hazard Insurance | 2,166.00 | 2,166.00 |
| Dividends/Interest | | | | Real Estate Taxes | 5,416.00 | 5,416.00 |
| Net Rental Income | | | | Mortgage Insurance | | 0.00 |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | 0.00 |
| | | | | Other: | | 0.00 |
| Total | $ 31,250.00 | $ 31,250.00 | $ 62,500.00 | Total | $ 7,875.00 | $ 14,528.73 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☒ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ .00 | | | |
| *List checking and savings accounts below* | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| Name and address of Bank, S&L, or Credit Union<br>Parke Bank | | Name and address of Company<br>HUDSON CITY SAVINGS BA<br>WEST 80 CENTURY ROAD,<br>PARAMUS, NJ 07652 | $ Payment/Months<br>6,097.00<br>122 | $ 787,886.00 |
| | | Acct. no. [redacted] | | |
| Acct. no. | $ 1,000,000.00 | Name and address of Company<br>NEXTIER<br>POB 250, EVANS CITY,<br>PA 6033 | $ Payment/Months<br>1,574.00<br>229 | $ 360,724.00 |
| Name and address of Bank, S&L, or Credit Union<br>Bank of NY Mellon | | | | |
| | | Acct. no. [redacted] | | |
| Acct. no. | $ 6,277,782.00 | Name and address of Company<br>CHASE<br>800 BROOKSEDGE BLVD,<br>WESTERVILLE, OH<br>43081 | $ Payment/Months<br>84.00<br>R | $ 8,482.00 |
| Name and address of Bank, S&L, or Credit Union<br>UVEST | | | | |
| Acct. no. | $ 616,950.00 | Acct. no. [redacted] | | |

Fannie Mae Form 1003 6/09
Freddie Mac Form 65 6/09 Borrower: [signature] Page 2 Co-Borrower: [signature]

Created with nitroPDF professional



## VI. ASSETS AND LIABILITIES (cont'd)

| Assets | | Liabilities | $ Payment/Months | |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>SALLIE MAE<br>PO BOX 9500, WILKES<br>BARRE, PA 8773<br>Acct. no. [redacted] | $ Payment/Months<br>51.00<br>119 | $ 6,087.00 |
| Acct. no. | $ | Name and address of Company<br>SALLIE MAE<br>PO BOX 9500, WILKES<br>BARRE, PA 8773<br>Acct. no. [redacted] | $ Payment/Months<br>50.00<br>68 | $ 3,445.00 |
| Stocks & Bonds (Company name/number & description) | $ | | | |
| Life insurance net cash value<br>Face amount: $ .00 | $ .00 | Name and address of Company<br>BRCLYSBANKDE<br>PO BOX 26182,<br>WILMINGTON, DE 19899<br>Acct. no. [redacted] | $ Payment/Months<br>77.00<br>R | $ 3,611.00 |
| Subtotal Liquid Assets | $ 5,894,702.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 7,450,000.00 | | | |
| Vested interest in retirement fund | $ .00 | | | |
| Net worth of business(es) owned (attach financial statement) | $ .00 | | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to:<br>ALIMONY | $ .00 | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.)<br>JOB RELATED EXPENSES<br>JOB RELATED EXPENSES | $<br>.00<br>.00 | |
| | | Total Monthly Payments | $ 10,770.00 | |
| Total Assets a. | $ 13,344,702.00 | Net Worth (a minus b) | $ 12,134,574.00 | Total Liabilities b. $ 1,210,128.0 |

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 1320 Monk Rd, Wayne, Pa 19087 | SFR | 5,000,000.00 | $ 344,570.00 | $ 0.00 | $ 293.00 | $ 7,582.00 | $ 0.00 |
| 7507 Bayshore Dr, Margate City, NJ 08402 | SFR | 2,450,000.00 | 747,686.00 | 0.00 | 6,097.00 | 0.00 | 0.00 |
| | | | | | | | |
| | Totals | 7,450,000.00 | $ 892,256.00 | $ | $ 6,390.00 | $ 7,582.00 | $ 0.00 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. | Purchase price | $ .00 |
| b. | Alterations, improvements, repairs | .00 |
| c. | Land (if acquired separately) | |
| d. | Refinance (incl. debts to be paid off) | 141,729.00 |
| e. | Estimated prepaid items | 2,343.75 |
| f. | Estimated closing costs | 7,881.25 |
| g. | PMI, MIP, Funding Fee | |
| h. | Discount (if Borrower will pay) | |
| i. | Total costs (add items a through h) | 154,953.00 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|---|
| a. | Are there any outstanding judgments against you? | ☐ | ☒ | ☐ | ☒ |
| b. | Have you been declared bankrupt within the past 7 years? | ☐ | ☒ | ☐ | ☒ |
| c. | Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☒ |
| d. | Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☒ |
| e. | Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☒ | ☐ | ☒ |

Fannie Mae Form 1003 6/09
Freddie Mac Form 65 6/09 Borrower: [signature] Page 3 Co-Borrower: [signature]

Created with nitroPDF professional





| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|---|---|
| j. Subordinate financing | 0.00 | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | | | |
| k. Borrower's closing costs paid by Seller | 0.00 | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | ☐ | ☒ | ☐ | ☒ |
| l. Other Credits (explain) | | g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☒ | ☐ | ☒ |
| | | h. Is any part of the down payment borrowed? | ☐ | ☒ | ☐ | ☒ |
| | | i. Are you a co-maker or endorser on a note? | ☐ | ☒ | ☐ | ☒ |
| | | j. Are you a U.S. citizen? | ☒ | ☐ | ☒ | ☐ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 1,500,000.00 | k. Are you a permanent resident alien? | ☐ | ☒ | ☐ | ☒ |
| n. PMI, MIP, Funding Fee financed | | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☒ | ☐ | ☒ | ☐ |
| o. Loan amount (add m & n) | 1,500,000.00 | m. Have you had an ownership interest in a property in the last three years? (1) What type of property did you own - principal residence (PR), second home (SH), or investment property (IP)? | ☒ PR | ☐ | ☒ PR | ☐ |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -1,345,047.00 | (2) How did you hold title to the home - by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | S | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors, and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X [signature] | | X [signature] | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| ☐ I do not wish to furnish this information | | ☐ I do not wish to furnish this information | |
| Ethnicity: | ☐ Hispanic or Latino ☒ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino ☒ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☒ White | Race: | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☒ White |
| Sex: | ☐ Female ☒ Male | Sex: | ☒ Female ☐ Male |

To be Completed by Loan Originator:
This information was provided:
☐ In a face-to-face interview
☒ In a telephone interview
☐ By the applicant and submitted by fax or mail
☐ By the applicant and submitted via e-mail or the Internet

| Loan Originator's Signature | | Date |
|---|---|---|
| X [signature] | | 03/26/12 |
| Loan Originator's Name (print or type): MICHAEL J SANTOSSSSO | Loan Originator Identifier: 697020 | Loan Originator's Phone Number (including area code): (267)464-7000 |
| Loan Origination Company's Name: VANTAGE POINT BANK | Loan Origination Company Identifier: 456853 | Loan Origination Company's Address: 1250 VIRGINIA DRIVE, SUITE 175, FORT WASHINGTON, PENNSYLVANIA 19034 |

CONTINUATION SHEET/RESIDENTIAL LOAN APPLICATION

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower | Borrower: JAMES DIDIO | Agency Case Number: |
|---|---|---|
| | Co-Borrower: MARLA J GREEN | Lender Case Number: |

Additional Cash Deposits

| Cash Deposit Held By | Value |
|---|---|
| | .00 |

Additional Joint Liabilities

| Name/Address | Account #/Type | Monthly Payment | Months Left | Unpaid Balance |
|---|---|---|---|---|
| LVNV FUNDING P.O. B 10584 GREENVILLE SC 9603 | OPEN30 DAY CHARGE ACCOUNT | $.00 | | $815.00 |
| ARS ACCOUNT RESOLUTION | OTHER LIABILITY | $.00 | | $709.00 |
| NTL CRDT SYS 11 E 36 STREET 10TH FLOOR NEW YORK NY 0016 | OTHER LIABILITY | $.00 | | $449.00 |
| CAPITAL COLLECTION SVC RT 73 P O BOX 150 WEST BERLIN NJ 08091 | OTHER LIABILITY | $.00 | | $336.00 |
| ACS INC PO BOX 41819 PHILADELPHIA PA 9101 | OTHER LIABILITY | $.00 | | $272.00 |
| REPUBLIC FIRST BANK | MORTGAGE LOAN | $265.00 | 546 | $144,728.00 |
| CHASE AUTO PO BOX 5210 NEW HYDE PARK NY 1042 | INSTALLMENT | $1,162.00 | 24 | $27,891.00 |
| AMEX PO BOX 297871 FORT LAUDERDALE FL 33329 | REVOLVING | $536.00 | | $26,783.00 |
| CHASE AUTO PO BOX 5210 NEW HYDE PARK NY 1042 | INSTALLMENT | $875.00 | 17 | $14,877.00 |
| AMEX PO BOX 297871 FORT LAUDERDALE FL 33329 | REVOLVING | $139.00 | | $6,969.00 |
| CHASE | REVOLVING | $125.00 | | $3,526.00 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| [signature] | | X [signature] | |

Fannie Mae Form 1003 6/09
Freddie Mac Form 65 6/09

Page 5

Created with nitroPDF professional

Apr 13 12 01:25p DiDio 4844163433 p.7

LH 0036280

Exhibit G Page 6 of 6

Apr 13 12 01:25p DiDio 4844163433 p.8

**CONTINUATION SHEET/RESIDENTIAL LOAN APPLICATION**

| | | |
|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower | Borrower: JAMES DIDIO | Agency Case Number: |
| | Co-Borrower: MARLA J GREEN | Lender Case Number: |

Additional Joint Liabilities

| Name/Address | Account #/Type | Monthly Payment | Months Left | Unpaid Balance |
|---|---|---|---|---|
| AFNI<br>PO83427<br>BLOOMINGTON IL 1702 | [redacted]<br>OTHER LIABILITY | $.00 | | $413.00 |
| HSBC/HERSD | [redacted]<br>REVLEVING | $.00 | | $236.00 |
| VERIZON PEN | [redacted]<br>INSTALLMENT | $.00 | | $204.00 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X (signature) | | X (signature) | |

Fannie Mae Form 1003 6/09
Freddie Mac Form 65 2/09
Page 8

Created with
nitroPDF professional

LH 0036281

